441 A.2d 1214

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Willard Lester ENGLAND, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 19, 1981.

Decided March 10, 1982.

Joel S. Robbins, Brookhaven (court-appointed), for appellant.

Vram Nedurian, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

430

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Delaware County is affirmed.